DAVIS, Trustee in bankruptcy, Respondent, vs. GALE, Appellant.

*March 8—April 5, 1932.*

For the appellant there was a brief by *A. T. Twesme* of Galesville and *John C. Gaveney* of Arcadia, attorneys, and *H. L. Ekern* of Madison of counsel, and oral argument by *Mr. Twesme.*

*W. S. Wadleigh* of Galesville, for the respondent.

FOWLER, J. This case is ruled by the opinion in *Davis Mill & Electric Co. v. Gale,* decided herewith (*ante,* p. 513, 242 N. W. 162).

*By the Court.*—The judgment of the circuit court is affirmed.